DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. TENNANT

No. 140P84.

Case below: 65 N.C. App. 222.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 July 1984.

STATE v. WILLIS

No. 246P84.

Case below: 67 N.C. App. 320.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 July 1984.

WACHOVIA BANK v. GUTHRIE

No. 230P84.

Case below: 67 N.C. App. 622.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 July 1984.

WALSTON v. WAKE ELECTRIC

No. 184P84.

Case below: 67 N.C. App. 197.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.

WESTON v. SEARS ROEBUCK & CO.

No. 7P84.

Case below: 65 N.C. App. 309.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 July 1984.